D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| MELINDA HALL,<br><br>     Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social<br>Security,<br><br>     Defendant. | Case No. 3:16-cv-01699-JR<br><br><br>PROPOSED ORDER FOR ATTORNEY<br>FEES |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $7,158.64

pursuant to the Equal Access to Justice Act, 28 U.S.C. ' 2412 . Plaintiff's EAJA fees which are

not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be

made payable to D. James Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree,

1   and that any check for EAJA fees shall be mailed to Mr. Tree at 3711 Englewood Avenue,

2   Yakima, WA 98902, or direct deposited into the Tree Law Office account.

3   6/4/2018

4                                           Jolie A. Russo
                                        _____
5                                       UNITED STATES MAGISTRATE JUDGE

6   Presented by:

7   S/ D. JAMES TREE, WSBA#1697
    Attorney for Plaintiff

8

9       **DATED this 31st day of May, 2018.**

10                                          Respectfully submitted,

11                                          s/ D. JAMES TREE, WSBA #16976
12                                          Attorney for Plaintiff
                                            3711 Englewood Avenue
13                                          Yakima, Washington 98902
                                            Telephone: (509) 452-1700
14                                          Fax: (509) 577-9109

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER FOR ATTORNEY FEES 2 [6:16-CV-01106-AC]